CV 07-80173 MISC. JW

AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Ohio

Kurt Keidel

V.

Li et al.

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number: 2:04-cv-270

I, James Bonini, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 5/23/2007, as it appears in the records of this court, and that

\* No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

6/28/2007
Date

James Bonini, Clerk
Clerk

_(signature)_
(By) Deputy Clerk

---

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kurt Keidel,

    Plaintiff,

    v.

Kirk Li, *et al.*,

    Defendants.

Case No. 2:04cv270

Judge Michael H. Watson

### MODIFIED CONSENT JUDGMENT

Defendants Kirk Li, Howard Hunt, Oriental Development Management Ltd., Treasure Bay Holdings, Ltd., and Treasure Bay Development Management, Ltd. ("the Li Defendants") and Plaintiff Kurt Keidel ("Plaintiff") hereby agree to a modified Entry of a Consent Judgment in favor of Plaintiff and against Defendant Kirk Li ("Defendant Li"), in the amount of $160,000, plus interest at a rate of 10% per annum. The parties further agree and it is hereby ordered that this Judgment is subject to a certain settlement agreement and release entered into by and between Plaintiff Keidel and the Li Defendants ("the Settlement Agreement"), and Plaintiff Keidel shall take no action in enforcement or execution of this Judgment unless and until the Li Defendants are in default of their obligations under such Settlement Agreement. Additionally, the parties agree and it is hereby ordered that this Judgment replaces the Judgment previously entered into by the parties on November 21, 2005 (Doc. 70) due to partial payments made by the Defendant Li.

All claims of Plaintiff against Defendants Howard Hunt, Oriental Development Management Ltd., Treasure Bay Holdings, Ltd., and Treasure Bay Development

Management, Ltd. are hereby **DISMISSED WITH PREJUDICE**. The counterclaims of the Li Defendants are hereby **DISMISSED WITH PREJUDICE**. Each party shall be responsible for its own costs.

**IT IS SO ORDERED**.

_____
Michael H. Watson, Judge
United States District Court

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN MY OFFICE
ON 5/23/07
JAMES BONINI, CLERK
BY: _____ Deputy Clerk
DATE: 6/22/07